```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

OLIVER GEORGE                                    CIVIL ACTION

VERSUS                                           NO. 06-506

DR. WOODS, ET AL.                                SECTION: "I"(5)
```

### REPORT AND RECOMMENDATION

The above-captioned matter is a civil rights case brought pursuant to 42 U.S.C. § 1983 for an alleged deprivation of adequate medical care while plaintiff was housed at the Jefferson Parish Correctional Center. (Rec. doc. 1). Named as defendants in the proceeding are Dr. Woods, Nurse Ashley, and the Jefferson Community Correctional Center Medical Program, LLC ("JCCCMP"). (Id.). The case was filed on February 3, 2006 and was recently reallotted to the undersigned following the recusal of the original Magistrate Judge. (Rec. docs. 1, 20). Only one of the three named defendants, Dr. Woods, has formally answered plaintiff's complaint. (Rec. doc. 19). A review of the record reveals that the case was placed on the call docket on two separate occasions and that plaintiff has previously received two extensions of time within

which to properly serve all of the defendants and to file proof thereof in the record, with the last such extension expiring on September 7, 2006.  (Rec. docs. 9, 12, 13, 16).  As of today's date, neither Nurse Ashley nor JCCCMP have filed an answer to plaintiff's complaint and the record contains no returns indicating that they have been properly served.  It has now been over seven months since this case was filed and proof of proper service on Nurse Ashley and JCCCMP is absent from the record.

Rule 4(m), Fed.R.Civ.P., provides that "[i]f service of the summons and complaint is not made upon the defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service of an appropriate period."  The jurisprudence has come to expect strict compliance with the service rules within the one hundred twenty-day period prescribed by Rule 4(m) and its predecessor. See, e.g., Lambert v. United States, 44 F.3d 296 (5th Cir. 1995); Peters v. United States, 9 F.3d 344  (5th Cir. 1993); McGinnis v. Shalala, 2 F.3d 548 (5th Cir. 1993), cert. denied, 510 U.S. 1191, 114 S.Ct. 1293 (1994); Trania v. United States, 911 F.2d 1155 (5th Cir. 1990).

Although this case has been pending for nearly eight months, proof of proper service on two of the defendants, Nurse Ashley and JCCCMP, has not been filed in the record despite several extensions of time having been given to plaintiff to accomplish this task.  As plaintiff is represented by counsel, this failure cannot be attributed directly to plaintiff himself.  Accordingly, it will be recommended that plaintiff's claims against defendants, Nurse Ashley and JCCCMP, be dismissed without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

**RECOMMENDATION**

For the foregoing reasons, it is recommended that plaintiff's claims against defendants, Nurse Ashley and the Jefferson Community Correctional Center Medical Program, LLC, be dismissed without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that Such consequences will result from a failure to object.  <u>Douglass v. United Services Auto. Assoc.</u>, 79 F.3d 1415 (5th Cir. 1996)(en banc).

New Orleans, Louisiana, this __13th__ day of _____October_____, 2006.

                                                            */s/ Alma L. Chasez*
                                                          ALMA L. CHASEZ
                                  UNITED STATES MAGISTRATE JUDGE