```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

OLIVER GEORGE                                    CIVIL ACTION

VERSUS                                           NO. 06-506

DR. WOODS, ET AL.                                SECTION: "I"(5)

O R D E R

The Court, having considered the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants, Nurse Ashley and the Jefferson Community Correctional Center Medical Program, L.L.C. are dismissed without prejudice for failure to prosecute.

New Orleans, Louisiana, this ___6th___ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE